IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL WAYNE MCINTYRE**                        **PLAINTIFF**

**V.**                        **CIVIL ACTION NO. 3:16-CV-886-HTW-LRA**

**CALSONIC KANSEI NORTH AMERICA, INC.,**
**and NISSAN NORTH AMERICA, INC.**                        **DEFENDANTS**

## FINAL JUDGMENT

This court having entered an Order granting summary judgment to Defendants in this case, and dismissing this case with prejudice, on this date, which Order is incorporated herein by reference, this court hereby enters this Final Judgment in accordance with Rule 58 of the Rules of Federal Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned cause of action is hereby Dismissed with Prejudice, each side to bear its own costs.

**SO ORDERED AND ADJUDGED,** this the 28TH day of March, 2019.

                                                     s/ HENRY T. WINGATE
                                                     UNITED STATES DISTRICT JUDGE